UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

FELIX RODRIGUEZ,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

11 Cr. 59-04 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/21

    WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding for defendant FELIX RODRIGUEZ;

    WHEREAS the defendant has requested that his guilty plea be taken remotely by video conference or by telephone conference, if video conference is not reasonably available;

    WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

    WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the January 5, 2021, First Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video teleconference, or telephone conference if video teleconferencing is not reasonably available, subject to certain findings made by the District Judge;

    WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone if videoconference is not reasonably available;

    THE COURT HEREBY FINDS that because defendant FELIX RODRIGUEZ has consented to proceeding remotely and for the reason set forth in the parties' letter of April 14,

2021, the plea proceeding cannot be further delayed without serious harm to the interests of justice and may proceed remotely by video or telephone conference.

SO ORDERED.

Dated: New York, New York
       April 14, 2021

*/s/ Lewis A. Kaplan*
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK