UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

UNITED STATES OF AMERICA  :  **ORDER**

- v. -  :  11 Cr. 59 (LAK)

FELIX RODRIGUEZ,  :

Defendant.  :

---------------------------------------- X

## ORDER ACCEPTING PLEA ALLOCUTION
## BEFORE A UNITED STATES MAGISTRATE JUDGE

Kaplan, J.:

On April 15, 2021, United States Magistrate Judge Ona T. Wang presided over the plea allocution in the above captioned matter and recommended that the defendant's admission to specification one of the violation of supervised release specifications dated June 13, 2014, in underlying docket 11 Cr. 59 (LAK) be accepted. The Court, having reviewed the transcript of the admission, the specification, and all other pertinent parts of the record, adjudges the defendant guilty of the specification to which the admission was offered.

Dated: New York, New York
       May 11, 2021

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK