

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2021

**By ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Felix Rodriguez
    11 Cr. 59-04 (LAK)

Dear Judge Kaplan:

The Government writes to respectfully request that the Court so-order the continuation of the conditions of supervised release in the above-captioned case.

On May 21, 2021, the parties in the above-captioned case appeared before the Court for sentencing after the defendant's admission to Specification One of the violation memorandum submitted by United States Pretrial Services Officer Adam Pakula dated June 13, 2014. The Court ordered that sentencing be adjourned for six months. In order to allow U.S. Probation to continue supervision of the defendant, the Government respectfully requests that the Court clarify that the terms of supervised release originally imposed on May 15, 2013, remain in effect until sentencing on November 16, 2021.

Wherefore, the Government, respectfully requests that the Court so-order the continuation of supervised release until a sentence is imposed on the outstanding violation.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: *Ashley C. Nicolas*
    Ashley C. Nicolas
    Assistant United States Attorney
    (212) 637-2467

cc: Christopher Flood, Esq. (via ECF)

Granted
SO ORDERED
*Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ

5/28/21